**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ronald GILLIAM, Defendant— Appellant.**

**No. 02–50251.**

**D.C. No. CR–01–00241–SVW.**

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2004.*

Decided April 26, 2004.

Shannon P. Wright, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Verna J. Wefald, Pasadena, CA, for Defendant–Appellant.

Before O'SCANNLAIN, RYMER and BEA, Circuit Judges.

## MEMORANDUM**

Ronald Gilliam appeals his guilty-plea conviction and 27–month sentence for two

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

counts of subscribing to a false income tax return, in violation of 26 U.S.C. § 7206(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Gilliam has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Gilliam has filed a pro se supplemental brief and a pro se supplemental reply brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.